IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE CO. et al., | : : : | CIVIL ACTION NO. 05-5368 |
| Plaintiffs, | : : | |
| v. | : : | |
| ARNOLD LINCOW et al., | : : | |
| Defendants. | : | |

# O R D E R

**AND NOW**, this **6th** day of **February, 2009,** it is hereby **ORDERED** that Jeffrey M. Lindy, Esq.'s unopposed motion for permission to withdraw as counsel for Defendant Steven Hirsch (doc. no. 515) is **GRANTED**.

**AND IT IS SO ORDERED.**

 S/Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**