IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE CO. et al., | : | CIVIL ACTION NO. 05-5368 |
| Plaintiffs, | : | |
| v. | : | |
| ARNOLD LINCOW et al., | : | |
| Defendants. | : | |

## O **R D E R**

**AND NOW**, this **6th** day of **February, 2009,** it is hereby **ORDERED** that there will be a final pretrial conference on **Thursday, February 19, 2009,** at **3:00 P.M.,** in Chambers, Room 11614, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

**AND IT IS SO ORDERED.**

s/Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**