# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

State Farm Mutual Automobile Insurance Company, et al.

No. 05-5368

v.

Arnold Lincow, D.O., et al.

## RESPONSE BY DOLCHIN, SLOTKIN & TODD, P.C. TO INTERROGATORIES IN ATTACHMENT DIRECTED TO GARNISHEE DOLCHIN, SLOTKIN & TODD, P.C.

1. No.

2. Objection. Dolchin, Slotkin & Todd, P.C. ("DS&T") has a file and related property in its possession protected by attorney-client privilege. Plaintiffs have no right of execution on such items.

3. No.

4. Objection. DS&T has a file and related property in its possession protected by attorney-client privilege. Plaintiffs have no right of execution on such items.

5. No.

6. No.

7. N/A.

8. N/A.

9. Objection. DS&T has a file and related property in its possession protected by attorney-client privilege. Plaintiffs have no right of execution on such items.

10. No.

DOLCHIN, SLOTKIN & TODD, P.C.

_JWT2035_
JOEL W. TODD, ESQUIRE
ID# 17719
One Commerce Square - 24th Floor
2005 Market Street
Philadelphia, PA 19103
(215) 665-3502
Attorney for Answering Defendants

Date: 8/10/09

## VERIFICATION

I, Joel W. Todd, hereby state that the preceding facts set forth in the Answer of Garnishee, Dolchin, Slotkin & Todd, P.C., to Interrogatories in Attachment are true and correct to the best of my knowledge, information and belief and that this Verification is made subject to the penalties of 18 Pa. C.S.A. §4904 relating to unsworn falsification to authorities.

Date: 8-10-09

## CERTIFICATE OF SERVICE

I, Joel W. Todd, Esquire do hereby certify that a true and correct copy of the foregoing Response by Dolchin, Slotkin & Todd, P.C. to Interrogatories in Attachment Directed to Garnishee Dolchin, Slotkin & Todd, P.C. has been forwarded to all counsel of record via US First Class Mail, postage prepaid and/or electronic notification.

                                         DOLCHIN, SLOTKIN & TODD, P.C.


                                         JWT 2035
                                         JOEL W. TODD, ESQUIRE

DATE: __8/10/09__