```
               IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STATE FARM MUTUAL AUTOMOBILE   :    CIVIL ACTION
INSURANCE COMPANY et al.,      :    NO. 05-5368
                               :
        Plaintiffs,            :
                               :
        v.                     :
                               :
ARNOLD LINCOW et al.,          :
                               :
        Defendants.            :
```

### O R D E R

**AND NOW,** this **20th day of August 2009,** it is hereby **ORDERED** that Plaintiffs' motion (doc. no. 786) is **GRANTED** and Plaintiffs are permitted to employ a private process server to serve any and all writs of execution in this matter.

**AND IT IS SO ORDERED.**

                                            S/Eduardo C. Robreno

                                            **EDUARDO C. ROBRENO, J.**