IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STATE FARM MUT. AUTOMOBILE INS. CO. and STATE FARM FIRE AND CAS. CO., | : : : | CIVIL ACTION |
| v. | : | |
| ARNOLD LINCOW, D.O., et al. | : | NO. 05-5368 |

## **O R D E R**

AND NOW, this 1st day of December, 2009, upon consideration of the Motion of Lawrence Forman, D.O. ("Dr. Forman") for a Determination of His Claim for Exemption from Attachment and Execution of Certain Assets (the "Motion") (Doc. No. 924), after a hearing on November 24, 2009, and for the reasons stated in the accompanying Memorandum of Decision, it is hereby

**ORDERED**

1. The Motion is **GRANTED**.

2. The Eagles Tickets (as that term is defined in the accompanying Memorandum of Decision), and the license associated therewith, are assets held by Dr. Forman and his wife as tenants by the entireties.

3. The attachment of plaintiffs' Writ of Execution on Philadelphia Eagles, LLC, for the Eagles Tickets is dissolved, released, discontinued and terminated in all respects.

4. Philadelphia Eagles, LLC may deliver the Eagles Tickets to Dr. and Mrs. Forman.

BY THE COURT:

/s/ Thomas J. Rueter
THOMAS J. RUETER
Chief United States Magistrate Judge