IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE CO. et al., | : : : | CIVIL ACTION NO. 05-5368 |
| Plaintiffs, | : : | |
| v. | : : | |
| ARNOLD LINCOW et al., | : : | |
| Defendants. | : | |

# O R D E R

**AND NOW**, this **2nd** day of **June, 2010,** it is hereby **ORDERED** that:

1. Defendants' motion for post trial relief (doc. no. 613) is **DENIED.**

2. Plaintiffs' motion to alter and amend the judgment (doc. no. 615) is **GRANTED.**[1]

3. Plaintiffs' motion for attorneys' fees (doc. no. 616) is **GRANTED.**[2]

4. Plaintiffs' motion for leave to file a reply (doc. no. 955) is **GRANTED.**

5. Plaintiffs' motion to strike (doc. no. 958) is

---

[1] The Court will mold the judgment and treble the compensatory damages, for an award of $12,149,223.00 in favor of Plaintiffs. Moreover, the Court will grant this motion and hold Steven Hirsh and Lolo, Inc. liable under the judgement.

[2] Goldberg, Miller & Rubin, P.C. will have to provide, at a later date, an updated affidavit demonstrating that the attorneys' billing rates and hours spent are within community standards and that the legal work was reasonable and necessary. Defendants will be given an opportunity to object before the Court rules on the amount of the fee.

**GRANTED in part and DENIED in part.**[3]

**AND IT IS SO ORDERED.**

                                                  S/Eduardo C. Robreno
                                                  EDUARDO C. ROBRENO,   J.

---

[3] The motion is granted to the extent Plaintiffs move for leave to file a surreply to Mintz's reply brief. The motion is denied to the extent Plaintiffs move to strike Mintz's second reply brief.