IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE CO., et al., | : : : | CIVIL ACTION NO. 05-5368 |
| Plaintiffs, | : : | |
| v. | : : | |
| ARNOLD LINCOW, et al., | : : | |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this **16th** day of **June, 2011**, it is hereby **ORDERED** that Plaintiffs' objections (doc. no. 1070) to Judge Rueter's memorandum and order (doc. no. 1068) are **SUSTAINED in part and OVERRULED in part** as follows:

1) Plaintiffs' objections are **OVERRULED** with respect to the TD Ameritrade IRA Account;

2) Plaintiffs' objections are **SUSTAINED** with respect to the AXA Equitable IRA Account. Judge Rueter's memorandum is hereby **VACATED** to the extent it orders the AXA Equitable IRA Account exempt from execution of the judgment;

3) Judge Rueter shall prepare a report and recommendation concerning Defendant's exemption claim for the AXA Equitable IRA Account.

**AND IT IS SO ORDERED.**

                                                 S/Eduardo C. Robreno
                                                 **EDUARDO C. ROBRENO, J.**