## EXHIBIT A - FORM OF ORDER TO MARK JUDGMENT SATISFIED

### THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY** and **STATE FARM FIRE AND CASUALTY COMPANY** vs. ARNOLD LINCOW, D.O., RICHARD MINTZ, D.O., STEVEN HIRSH, 7622 MEDICAL CENTER, P.C., 1900 S.G. ASSOCIATES, ALLIED MEDICAL GROUP, ALLIED MEDICAL GROUP, P.C., JEFRON X-RAY, INC., OGONTZ PHARMACY LAWRENCE FORMAN, D.O., STEPHEN SACKS, D.O., RICHARD BUTOW, D.C., and STEPHEN HENNESSY, D.C. | **CIVIL ACTION 05-5368** |

### ORDER TO SATISFY JUDGMENT

It is hereby stipulated and agreed that the Judgment entered against Arnold Lincow in the action commenced on September 2005 styled <u>State Farm Mutual Automobile Insurance Company, et al. v. Arnold Lincow, D.O., et al.</u> in the United States District Court for the Eastern District of Pennsylvania, Docket No. 05-CV-5368 is hereby **SATISFIED**.

By: _____
Cy Goldberg, Esquire
*Attorneys for Plaintiffs,*
*State Farm Mutual Automobile*
*Ins. Co. And State Farm Fire and Casualty*
*Co.*

Dated: 8/2/2012

By: _____ D.O.
Arnold Lincow

Dated: 1/16/2012

9