## EXHIBIT A - FORM OF ORDER TO MARK JUDGMENT SATISFIED

### THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and STATE FARM FIRE AND CASUALTY COMPANY vs. ARNOLD LINCOW, D.O., RICHARD MINTZ, D.O., STEVEN HIRSH, 7622 MEDICAL CENTER, P.C., 1900 S.G. ASSOCIATES, ALLIED MEDICAL GROUP, ALLIED MEDICAL GROUP, P.C., JEFRON X-RAY, INC., OGONTZ PHARMACY LAWRENCE FORMAN, D.O., STEPHEN SACKS, D.O., RICHARD BUTOW, D.C., and STEPHEN HENNESSY, D.C. | CIVIL ACTION 05-5368 |

### ORDER TO SATISFY JUDGMENT

It is hereby stipulated and agreed that the Judgment entered against Lawrence Forman in the action commenced on September 2005 styled <u>State Farm Mutual Automobile Insurance Company, et al. v. Arnold Lincow, D.O., et al.</u> in the United States District Court for the Eastern District of Pennsylvania, Docket No. 05-CV-5368 is hereby **SATISFIED**.

By: _____
Cy Goldberg, Esquire
*Attorneys for Plaintiffs,*
*State Farm Mutual Automobile*
*Ins. Co. And State Farm Fire and Casualty*
*Co.*

Dated: 10/5/2012

By: _____
Lawrence Forman

Dated: 10/25/2012

7