IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al., | : : : | CIVIL ACTION NO. 05-5368 |
| Plaintiffs, | : : | |
| v. | : : | |
| ARNOLD LINCOW, D.O., et al., | : : | |
| Defendants. | : | |

### O R D E R

**AND NOW**, this **16th** day of **July, 2014,** upon consideration of Defendant Richard Mintz's Motion to Mark Judgment Satisfied (ECF No. 1150) and Plaintiffs' response thereto (ECF No. 1151), it is hereby **ORDERED** as follows:

(1) Plaintiffs' Motion to File Surreply Brief (ECF No. 1155) is **GRANTED;** and

(2) Defendant's Motion to Mark Judgment Satisfied is **DENIED.**


**AND IT IS SO ORDERED.**


/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,    J.**